**2013–0157. Wilmington Ctr., Ltd. v. Montgomery Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2010-K-3536. This cause is pending before the court as an appeal from the

Board of Tax Appeals.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.